# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5374** **September Term, 2026**

**1:26-cv-00477-ACR**

**Filed On: November 20, 2026** **[2204364]**

DC Preservation League, et al.,

Appellees

v.

United States Department of the Interior, et al.,

Appellants

------------------------------

Consolidated with 26-5390

**O R D E R**

It is **ORDERED**, on the court's own motion, that case 26-5390 be consolidated with case 26-5374.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Francis A. Walter
Deputy Clerk